# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TZIOUFAS, TOM § Case No. 12-31043
BOUTSIKAKIS, GEORGIA §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/03/2012 . The undersigned trustee was appointed on 08/03/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    7,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 23.60 |
| Bank service fees | 393.77 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 7,082.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/21/2014 and the deadline for filing governmental claims was 01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,500.00 , for a total compensation of $ 1,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 181.77 , for total expenses of $ 181.77 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 05/05/2016                    By: /s/JOSEPH E. COHEN
                                         Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-31043   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TZIOUFAS, TOM | Date Filed (f) or Converted (c): | 08/03/12 (f) |
| | BOUTSIKAKIS, GEORGIA | 341(a) Meeting Date: | 09/06/12 |
| For Period Ending: | 05/05/16 | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2440 Hwy 17 Phelps, WI 55445 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. 450 Hunter Lane Lake Forest, IL 60045 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Bank of America | 300.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account Lake Forect Bank & Trust | 600.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account U.S. Bank | 200.00 | 0.00 | | 0.00 | FA |
| 7. Household furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. Books and CDs | 200.00 | 0.00 | | 0.00 | FA |
| 9. Ordinary wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 10. Two watches | 200.00 | 0.00 | | 0.00 | FA |
| 11. Northshore Wholesalers, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Tzouifas Restaurant Group, Inc. | 1,000.00 | 0.00 | | 7,500.00 | FA |
| 13. 2003 Jeep Cherokee | 3,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,209,650.00 | $0.00 | | $7,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO FILE MOTION - 01/20/16. TRUSTEE FILING MOTION TO ACCEPT OFFER ON STOCK Oct. 31, 2015. NO CHANGE - July 30, 2015. NO CHANGE - April 28, 2015. TRUSTEE WAITING TO SEE IF CREDITOR FILES A 727 ACTION Jan. 17, 2015. TRUSTEE HAS REQUESTED RECORDS FROM THE DEBTOR. TRUSTEE TO FILE MOTION APPROVE SALE OF STOCK OF RESTAURANT. TRUSTEE HAS DRAFTED MOTION TO SELL WITH NOTICE TO CREDITORS. TRUSTEE IS ALSO WAITING FOR BAR DATE TO FILE PROOFS OF CLAIM TO EXPIRE - January 16, 2014. NO CHANGE - April 30, 2014. NO CHANGE - July 17, 2014. NO CHANGE - Oct. 25, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-31043   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | TZIOUFAS, TOM | Date Filed (f) or Converted (c):   08/03/12 (f) |
| | BOUTSIKAKIS, GEORGIA | 341(a) Meeting Date:   09/06/12 |
| | | Claims Bar Date:   01/21/14 |

Initial Projected Date of Final Report (TFR): 07/30/14      Current Projected Date of Final Report (TFR): 05/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-31043 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | TZIOUFAS, TOM | | Bank Name: | ASSOCIATED BANK |
| | BOUTSIKAKIS, GEORGIA | | Account Number / CD #: | *******2382  Checking Account |
| Taxpayer ID No: | *******7508 | | | |
| For Period Ending: | 05/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/13 | 12 | PANAGIOTIS BOURNAS | Sale proceeds | 1129-000 | 7,500.00 | | 7,500.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,490.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,479.22 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.12 | 7,468.10 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.74 | 7,457.36 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,446.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.07 | 7,435.20 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,424.50 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 7,413.46 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.67 | 7,402.79 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 7,391.78 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.99 | 7,380.79 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,370.79 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 10.70 | 7,360.09 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.96 | 7,349.13 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.58 | 7,338.55 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.91 | 7,327.64 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.54 | 7,317.10 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.88 | 7,306.22 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.86 | 7,295.36 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.50 | 7,284.86 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,274.03 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.47 | 7,263.56 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 7,252.76 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,241.98 |

Page Subtotals     7,500.00     258.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-31043 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | TZIOUFAS, TOM | | Bank Name: | ASSOCIATED BANK |
| | BOUTSIKAKIS, GEORGIA | | Account Number / CD #: | *******2382 Checking Account |
| Taxpayer ID No: | *******7508 | | | |
| For Period Ending: | 05/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/15 | 300002 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 7.84 | 7,234.14 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,224.14 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.74 | 7,213.40 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.38 | 7,203.02 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.71 | 7,192.31 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 7,181.96 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.68 | 7,171.28 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.66 | 7,160.62 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.30 | 7,150.32 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.63 | 7,139.69 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.27 | 7,129.42 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.60 | 7,118.82 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.58 | 7,108.24 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 5.06 | 7,103.18 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,093.18 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.55 | 7,082.63 |

Page Subtotals   0.00   159.35

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 12-31043 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TZIOUFAS, TOM | Bank Name: | ASSOCIATED BANK |
| | BOUTSIKAKIS, GEORGIA | Account Number / CD #: | *******2382 Checking Account |
| Taxpayer ID No: | *******7508 | | |
| For Period Ending: | 05/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 7,500.00 | 417.37 | 7,082.63 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 7,500.00 | 417.37 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 7,500.00 | 417.37 | |
| | | | | NET | ACCOUNT |
| | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Checking Account - *******2382 | | 7,500.00 | 417.37 | 7,082.63 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 7,500.00 | 417.37 | 7,082.63 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 05, 2016 |
|---|---|---|---|---|---|---|

Case Number:   12-31043  
Debtor Name:   TZIOUFAS, TOM

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,391.25 | $2,391.25 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,681.77 | $1,681.77 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $18.54 | $18.54 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $5.06 | $5.06 |
| 000001<br>070<br>7100-00 | Consumer Credit Union<br>Trunkett & Trunkett PC<br>20 N Wacker Dr #1434<br>Chicago, IL 60606 | Unsecured | | $0.00 | $26,510.50 | $26,510.50 |
| 000002<br>070<br>7100-00 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $0.00 | $306.66 | $306.66 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $4,750.87 | $4,750.87 |
| 000004<br>070<br>7100-00 | Asset Acceptance LLC assignee<br>HOUSEHOLD<br>FINANCE<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $18,195.13 | $18,195.13 |
| 000005<br>070<br>7100-00 | Asset Acceptance LLC assignee<br>GEMB/PROGROUP ABT<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $40,402.03 | $40,402.03 |
| 000006<br>070<br>7100-00 | Asset Acceptance LLC assignee BANK<br>OF<br>AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $41,510.61 | $41,510.61 |
| 000007<br>070<br>7100-00 | Olympic Meat Packers<br>c/o Teller Leavitt<br>19 S LaSalle St Ste 701<br>Chicago, IL 60603 | Unsecured | | $0.00 | $10,820.81 | $10,820.81 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 05, 2016 |
|---|---|---|---|---|---|---|

Case Number:   12-31043  
Debtor Name:   TZIOUFAS, TOM

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,496.40 | $1,496.40 |
| 000009<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,632.58 | $2,632.58 |
| 000010<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $3,021.62 | $3,021.62 |
| 000011<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,074.11 | $1,074.11 |
| 000012<br>070<br>7100-00 | U S Foodservice<br>Jay K. Levy & Associate<br>PO Box 1181<br>Evanston, IL 60201-118 | Unsecured | | $0.00 | $7,893.28 | $7,893.28 |
| 000013<br>070<br>7100-00 | Campaqna-Turano Bakery, lnc<br>aka Turano Bakinq Co.<br>Jay K. Levy & Associate<br>PO Box 1181<br>Evanston, IL 60201-118 | Unsecured | | $0.00 | $4,105.37 | $4,105.37 |
| 000014<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $14,854.59 | $14,854.59 |
| 000015<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $19,217.40 | $19,217.40 |
| 000016<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $6,692.50 | $6,692.50 |
| 000017<br>070<br>7100-00 | S & A Pax Incorporated,<br>Nick Lembessls, Athena Lembessls<br>c/o Joel A Schechter<br>53 West Jackson Blvd, Suite 1522<br>Chicago, IL 60604 | Unsecured | | $0.00 | $95,000.00 | $95,000.00 |
| 000018<br>070<br>7100-00 | Spartan Bros Inc<br>7140 N Harlem Ave<br>Chicago, IL 60631 | Unsecured | | $0.00 | $6,931.73 | $6,931.73 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 05, 2016 |

Case Number: 12-31043  
Debtor Name: TZIOUFAS, TOM  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000019<br>070<br>7100-00 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $11,358.07 | $11,358.07 |
| 000020<br>070<br>7100-00 | Cavalry SPV I, LLC<br>as assignee of HSBC Bank Nevada, NA<br>Household Bank<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $0.00 | $740.72 | $740.72 |
| 000021<br>080<br>7200-00 | Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161 | Unsecured | | $0.00 | $10,716.02 | $10,716.02 |
| | Case Totals: | | | $0.00 | $332,327.62 | $332,327.62 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-31043
Case Name: TZIOUFAS, TOM
          BOUTSIKAKIS, GEORGIA
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 7,082.63

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 181.77 | $ 0.00 | $ 181.77 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,391.25 | $ 0.00 | $ 2,391.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 18.54 | $ 18.54 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 5.06 | $ 5.06 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,073.02

Remaining Balance $ 3,009.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 317,514.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Consumer Credit Union<br>Trunkett & Trunkett PC<br>20 N Wacker Dr #1434<br>Chicago, IL 60606 | $ 26,510.50 | $ 0.00 | $ 251.28 |
| 000002 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | $ 306.66 | $ 0.00 | $ 2.91 |
| 000003 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 4,750.87 | $ 0.00 | $ 45.03 |
| 000004 | Asset Acceptance LLC assignee HOUSEHOLD FINANCE<br>PO Box 2036<br>Warren, MI 48090 | $ 18,195.13 | $ 0.00 | $ 172.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Asset Acceptance LLC assignee GEMB/PROGROUP ABT PO Box 2036 Warren, MI 48090 | $ 40,402.03 | $ 0.00 | $ 382.96 |
| 000006 | Asset Acceptance LLC assignee BANK OF AMERICA PO Box 2036 Warren, MI 48090 | $ 41,510.61 | $ 0.00 | $ 393.46 |
| 000007 | Olympic Meat Packers c/o Teller Leavitt 19 S LaSalle St Ste 701 Chicago, IL 60603 | $ 10,820.81 | $ 0.00 | $ 102.57 |
| 000008 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 1,496.40 | $ 0.00 | $ 14.18 |
| 000009 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 2,632.58 | $ 0.00 | $ 24.95 |
| 000010 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 3,021.62 | $ 0.00 | $ 28.64 |
| 000011 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 1,074.11 | $ 0.00 | $ 10.18 |
| 000012 | U S Foodservice Jay K. Levy & Associate PO Box 1181 Evanston, IL 60201-118 | $ 7,893.28 | $ 0.00 | $ 74.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Campaqna-Turano Bakery, lnc<br>aka Turano Bakinq Co.<br>Jay K. Levy & Associate<br>PO Box 1181<br>Evanston, IL 60201-118 | $ 4,105.37 | $ 0.00 | $ 38.91 |
| 000014 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 14,854.59 | $ 0.00 | $ 140.80 |
| 000015 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 19,217.40 | $ 0.00 | $ 182.16 |
| 000016 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 6,692.50 | $ 0.00 | $ 63.44 |
| 000017 | S & A Pax Incorporated, Nick Lembessls, Athena Lembessls<br>c/o Joel A Schechter<br>53 West Jackson Blvd, Suite 1522<br>Chicago, IL 60604 | $ 95,000.00 | $ 0.00 | $ 900.47 |
| 000018 | Spartan Bros Inc<br>7140 N Harlem Ave<br>Chicago, IL 60631 | $ 6,931.73 | $ 0.00 | $ 65.70 |
| 000019 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 11,358.07 | $ 0.00 | $ 107.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, NA Household Bank 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | $ 740.72 | $ 0.00 | $ 7.02 |

Total to be paid to timely general unsecured creditors      $ 3,009.61

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 10,716.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Santander Consumer USA Inc. P.O. Box 961245 Fort Worth, TX 76161 | $ 10,716.02 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $ 0.00

Remaining Balance      $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE