IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Tom Tzioufas** | ) | No. 12 B 31043 |
| **Georgia Boutsikakis** | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

TO:   See Attached

I, JOSEPH E. COHEN, Trustee herein state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on May 27, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                      BY:/s/ Joseph E. Cohen
                                                         One of His Attorney

Consumer Credit Union
Trunkett & Trunkett, PC
20 N. Wacker Drive, #1434
Chicago, IL   60606

Nordstrom FSB
P.O. Box 6566
Englewood, CO   80155

American InfoSource LP as agent for
Midland Funding, LLC
P.O. Box 268941
Oklahoma City, OK   73126-8941

Asset Acceptance LLC assignee Household Finance
P.O. Box 2036
Warren, MI   48090

Asset Acceptance LLC assignee of GEMB/Progroup ABT
P.O. Box 2036
Warren, MI   48090

Asset Acceptance LLC Assignee of Bank of America
P.O. Box 2036
Warren, MI   48090

Olympic Meat Packers
c/o Teller Levitt
19 S LaSalle Street, Ste 701
Chicago, IL   60603

Capital One Bank USA, NA
P.O. Box 71083
Charlotte, NC   28272-1083

US Foodservice
Jay K Levy & Associates
P.O. Box 1181
Evanston, IL   60201

Campaqna Turano Bakery, Inc.
Aka Turano Baking Co
Jay K Levy & Associates
P.O. Box 1181
Evanston, IL   60201

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

PYOD, LLC its successors and assigns as assignee
Of Citibank SD NA
Resurgent Capital Services
P.O. Box 19008
Greensville, SC   29602

S&A Pax Incorporated
Nick Lembessls, Athena Lembessls
c/o Joel A Schechter
53 W. Jackson Blvd, Ste 1522
Chicago, IL   60604

Spartan Bros Inc.
7140 N Harlem Avenue
Chicago, IL   60631

Midland Credit Mgmt, Inc. as agent for
Midland Funding, LLC
P.O. Box 2011
Warren, MI   48090

Calvary SPC I, LLC as assignee of
HSBC Bank Nevada NA/Household Bank
500 Summit Lake Drive, Ste 400
Valhalla, NY   10595

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX   76161

Tom Tzioufas & Georgia Boutsikakis
450 Hunter Lane
Lake Forest, IL   60045

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov

David Herzog
drhlaw@mindspring.com