# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TZIOUFAS, TOM | § | Case No. 12-31043 |
| BOUTSIKAKIS, GEORGIA | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,170,000.00
*(Without deducting any secured claims)*

Assets Exempt: 39,650.00

Total Distributions to Claimants: 2,999.42

Claims Discharged
Without Payment: 1,599,557.95

Total Expenses of Administration: 4,500.58

3) Total gross receipts of $ 7,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 7,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,101,006.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,500.58 | 4,500.58 | 4,500.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,539,291.87 | 328,231.00 | 328,231.00 | 2,999.42 |
| **TOTAL DISBURSEMENTS** | $ 3,640,297.87 | $ 332,731.58 | $ 332,731.58 | $ 7,500.00 |

4)  This case was originally filed under chapter 7 on  08/03/2012 .  The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2016 _____   By:/s/JOSEPH E. COHEN _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tzouifas Restaurant Group, Inc. | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans 450 American Simi Valley, CA 93065 | | 1,000,000.00 | NA | NA | 0.00 |
| | BAC Home Loans 450 American Simi Valley, CA 93065 | | 292,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris 770 N. Water Street Milwaukee, WI 53202 | | 83,506.00 | NA | NA | 0.00 |
| | Bank One 800 Brooksedge Blvd 3 Westervillie, OH | | 225,000.00 | NA | NA | 0.00 |
| | Webster Bank 10 Main Street Bristol, CT 06010-6527 | | 500,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 2,101,006.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 181.77 | 181.77 | 181.77 |
| ADAMS-LEVINE | 2300-000 | NA | 5.06 | 5.06 | 5.06 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 18.54 | 18.54 | 18.54 |
| ASSOCIATED BANK | 2600-000 | NA | 403.96 | 403.96 | 403.96 |
| COHEN & KROL | 3110-000 | NA | 1,594.17 | 1,594.17 | 1,594.17 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 797.08 | 797.08 | 797.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,500.58** | **$ 4,500.58** | **$ 4,500.58** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T c/o Collection of America 700 Longwater Norwell, MA 02061 | | 1,103.00 | NA | NA | 0.00 |
| | Asset Acceptance P.O Box 2036 Warren, MI 48090 | | 17,117.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BBM Packing 874 N. Milwaukee Avenue Chicago, IL 60642 | | 48,000.00 | NA | NA | 0.00 |
| | Bank of America Attn: Bankruptcy Department P.O. Box 660402 Dallas, TX 75266-0402 | | 4,773.00 | NA | NA | 0.00 |
| | Bank of America Attn: Bankruptcy Department P.O. Box 660402 Dallas, TX 75266-0402 | | 4,739.00 | NA | NA | 0.00 |
| | Beneficial P.O. Box 3425 Buffalo, NY 14240 | | 13,983.00 | NA | NA | 0.00 |
| | Caine & Weiner P. O. Box 5010 Woodland Hills, CA 91365 | | 3,668.00 | NA | NA | 0.00 |
| | Calvary Portfolio 7 Skyline Drive Suite 3 Hawthorne, NY 10532 | | 712.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Department P.O. Box 1093 Northridge, CA 91328 | | 11,118.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Bankruptcy Department P.O. Box 1093 Northridge, CA 91328 | | 20,289.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Department P.O. Box 1093 Northridge, CA 91328 | | 4,500.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Department P.O. Box 1093 Northridge, CA 91328 | | 12,047.00 | NA | NA | 0.00 |
| | Citicard Attn: Bankruptcy Dept P.O. Box 6497 Sioux Falls, SD 57117 | | 19,950.00 | NA | NA | 0.00 |
| | Consumer Credit Unio 2750 Washington Waukegan, IL 60008 | | 23,924.00 | NA | NA | 0.00 |
| | Consumer Credit Unio 2750 Washington Waukegan, IL 60008 | | 31,480.00 | NA | NA | 0.00 |
| | Consumer Credit Unio 2750 Washington Waukegan, IL 60008 | | 23,924.00 | NA | NA | 0.00 |
| | Devon Financial 6414 N. Western Chicago, IL 60645 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dierks Waukesha Wholesale c/o Teller Leavitt 19 S. LaSalle Street, Suite 701 Chicago, IL | | 3,931.92 | NA | NA | 0.00 |
| | Empire Cooler Service c/o Schwarz Wolf Bernstein 314 N. McHenry Road Buffalo Grove, IL 60089 | | 12,983.00 | NA | NA | 0.00 |
| | FFCC Columbus, Inc. 1550 Old Henderson Columbus, OH 43220 | | 171.00 | NA | NA | 0.00 |
| | Fantis Imports c/o Kalantzis Law Firm 1861 Hicks Road, Suite B Rolling Meadows, IL 60008 | | 3,526.00 | NA | NA | 0.00 |
| | First Security 7161 North Cicero Suite 202 Lincolnwood, IL 60712 | | 4,485.00 | NA | NA | 0.00 |
| | First Security 7161 North Cicero Suite 202 Lincolnwood, IL 60712 | | 6,101.00 | NA | NA | 0.00 |
| | First Security Credit Union c/o Trunket & Trunket 20 N. Wacker Drive, Suite 1434 Chicago, IL 6060 | | 120,305.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fischel & Kahn 190 S. LaSalle Street Suite 2850 Chicaog, IL 60603 | | 90,000.00 | NA | NA | 0.00 |
| | Frank Marino 6539 Tower Circle Drive Lincolnwood, IL 60712 | | 11,000.00 | NA | NA | 0.00 |
| | GECR / ABT TV P.O. Box 965036 Orlando, FL 32896 | | 24,437.00 | NA | NA | 0.00 |
| | IC Systems 444 Highway 96E St. Paul, MN 44127 | | 67.00 | NA | NA | 0.00 |
| | Itsbc P.O. Box 5253 Carol Stream, IL 60197 | | 725.00 | NA | NA | 0.00 |
| | John Import foods c/o Teller, Leavitt, Silvertrust 19 S. LaSalle Street, Suite 701 Chicago, IL 60603 | | 2,881.00 | NA | NA | 0.00 |
| | Keynote Consulting 220 W. Campus Drive Suite 102 Arlington Heights, IL 60004 | | 39,749.00 | NA | NA | 0.00 |
| | Macy's Attn: Bankruptcy Dept 9111 Duke Blvd Mason, OH | | 593.00 | NA | NA | 0.00 |
| | Mercedes Benz P.O. Box 961 Roanoke, TX  76262 | | 32,821.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchant Capital Source 2120 Main Street, Suite 220 Huntington Beach, CA 92648 | | 15,500.00 | NA | NA | 0.00 |
| | Mickey's Linen c/o Stein & Rotman 105 W. Madison, Suite 605 Chicago, IL 60602 | | 7,301.19 | NA | NA | 0.00 |
| | Midland Credit 8875 Aero Drive Suite 200 San Diego, CA 92123 | | 4,930.00 | NA | NA | 0.00 |
| | Millenium Credit 149 Thompson West St. Paul, MN 55118 | | 461.00 | NA | NA | 0.00 |
| | Money Mailers c/o Bruce Shapiro 555 N. Skokie, Suite 595 Northbrook, IL 60062 | | 830.60 | NA | NA | 0.00 |
| | Montrose Kimball Currency c/o Sorman Frankel 203 N. LaSalle Street, #23 Chicago, IL 60601 | | 2,320.00 | NA | NA | 0.00 |
| | New Milwaukee Kimball c/o Sorman Finkel 203 N. LaSalle Street Suite 23 Chicago, IL 60601 | | 4,252.67 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North West Collection 3601 Algonquin Road Suite 500 Rolling Meadows, IL 60008 | | 424.00 | NA | NA | 0.00 |
| | Northwest Meat Co c/o Teller Levit 19 South LaSalle Street, Suite 701 Chicago, IL 60603 | | 4,109.94 | NA | NA | 0.00 |
| | Pinnacle Credit 7900 Highway 7 #100 St Louis Park, MN 55426 | | 12,514.00 | NA | NA | 0.00 |
| | Tec Foods c/o Offices George 25 E. Washington Street, #700 Chicago, IL 60603 | | 1,079.45 | NA | NA | 0.00 |
| | Vasilios Kekatos 38W259 Steves Glen Road St. Charles, IL 60175 | | 280,000.00 | NA | NA | 0.00 |
| | Village Bank & Trust 234 W. Northwest Hwy Arlington Hts, IL 60004 | | 105,000.00 | NA | NA | 0.00 |
| | Village Bank & Trust 234 W. Northwest Hwy Arlington Hts, IL 60004 | | 105,000.00 | NA | NA | 0.00 |
| | Village Bank & Trust 234 W. Northwest Hwy Arlington Hts, IL 60004 | | 135,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 17,000.00 | 14,854.59 | 14,854.59 | 140.32 |
| 000016 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 8,537.00 | 6,692.50 | 6,692.50 | 63.22 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 4,750.00 | 4,750.87 | 4,750.87 | 44.88 |
| 000006 | ASSET ACCEPTANCE LLC ASSIGNEE BANK | 7100-000 | NA | 41,510.61 | 41,510.61 | 392.13 |
| 000005 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB/ | 7100-000 | 38,971.00 | 40,402.03 | 40,402.03 | 381.66 |
| 000004 | ASSET ACCEPTANCE LLC ASSIGNEE HOUSE | 7100-000 | NA | 18,195.13 | 18,195.13 | 171.88 |
| 000013 | CAMPAQNA-TURANO BAKERY, LNC | 7100-000 | 4,105.37 | 4,105.37 | 4,105.37 | 38.78 |
| 000008 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,380.00 | 1,496.40 | 1,496.40 | 14.14 |
| 000009 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,074.00 | 2,632.58 | 2,632.58 | 24.87 |
| 000010 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,021.62 | 3,021.62 | 28.54 |
| 000011 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 413.00 | 1,074.11 | 1,074.11 | 10.15 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | CAVALRY SPV I, LLC | 7100-000 | 450.00 | 740.72 | 740.72 | 7.00 |
| 000001 | CONSUMER CREDIT UNION | 7100-000 | 38,496.00 | 26,510.50 | 26,510.50 | 250.43 |
| 000019 | MIDLAND CREDIT MANAGEMENT, INC. AS | 7100-000 | 11,358.00 | 11,358.07 | 11,358.07 | 107.30 |
| 000002 | NORDSTROM FSB | 7100-000 | 306.00 | 306.66 | 306.66 | 2.90 |
| 000007 | OLYMPIC MEAT PACKERS | 7100-000 | 11,214.85 | 10,820.81 | 10,820.81 | 102.22 |
| 000015 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 19,217.00 | 19,217.40 | 19,217.40 | 181.54 |
| 000017 | S & A PAX INCORPORATED, | 7100-000 | 95,000.00 | 95,000.00 | 95,000.00 | 897.42 |
| 000018 | SPARTAN BROS INC | 7100-000 | 4,800.00 | 6,931.73 | 6,931.73 | 65.48 |
| 000012 | U S FOODSERVICE | 7100-000 | 7,893.28 | 7,893.28 | 7,893.28 | 74.56 |
| 000021 | SANTANDER CONSUMER USA INC. | 7200-000 | NA | 10,716.02 | 10,716.02 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,539,291.87 | $ 328,231.00 | $ 328,231.00 | $ 2,999.42 |

FORM

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 12-31043 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | TZIOUFAS, TOM |
| | BOUTSIKAKIS, GEORGIA |
| For Period Ending: | 08/09/16 |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 08/03/12 (f) |
| 341(a) Meeting Date: | 09/06/12 |
| Claims Bar Date: | 01/21/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | 2440 Hwy 17 Phelps, WI 55445 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. | 450 Hunter Lane Lake Forest, IL 60045 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 3. | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. | Checking Account Bank of America | 300.00 | 0.00 | | 0.00 | FA |
| 5. | Checking Account Lake Forect Bank & Trust | 600.00 | 0.00 | | 0.00 | FA |
| 6. | Checking Account U.S. Bank | 200.00 | 0.00 | | 0.00 | FA |
| 7. | Household furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. | Books and CDs | 200.00 | 0.00 | | 0.00 | FA |
| 9. | Ordinary wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 10. | Two watches | 200.00 | 0.00 | | 0.00 | FA |
| 11. | Northshore Wholesalers, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 12. | Tzouifas Restaurant Group, Inc. | 1,000.00 | 0.00 | | 7,500.00 | FA |
| 13. | 2003 Jeep Cherokee | 3,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,209,650.00 | $0.00 | | $7,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TRUSTEE FOR REVIEW.  THE MOTION TO COMPROMISE WAS GRANTED ON MAY 3, 2016 - May 12, 2016, 09:01 am.

TRUSTEE TO FILE MOTION - 01/20/16. TRUSTEE FILING MOTION TO ACCEPT OFFER ON STOCK Oct. 31, 2015. NO CHANGE - July 30,

2015.  NO CHANGE - April 28, 2015. TRUSTEE WAITING TO SEE IF CREDITOR FILES A 727 ACTION  Jan. 17, 2015.  TRUSTEE HAS

REQUESTED RECORDS FROM THE DEBTOR.  TRUSTEE TO FILE MOTION APPROVE SALE OF STOCK OF RESTAURANT.  TRUSTEE HAS DRAFTED

MOTION TO SELL WITH NOTICE TO CREDITORS.  TRUSTEE IS ALSO WAITING FOR BAR DATE TO FILE PROOFS OF CLAIM TO EXPIRE -

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-31043    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TZIOUFAS, TOM | Date Filed (f) or Converted (c): | 08/03/12 (f) |
| | BOUTSIKAKIS, GEORGIA | 341(a) Meeting Date: | 09/06/12 |
| | | Claims Bar Date: | 01/21/14 |

January 16, 2014. NO CHANGE - April 30, 2014.  NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 07/30/14          Current Projected Date of Final Report (TFR): 05/30/16

FORM 2                                                                                          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31043 -ABG | |
| Case Name: | TZIOUFAS, TOM | |
| | BOUTSIKAKIS, GEORGIA | |
| Taxpayer ID No: | *******7508 | |
| For Period Ending: | 08/09/16 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2382  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/13 | 12 | PANAGIOTIS BOURNAS | Sale proceeds | 1129-000 | 7,500.00 | | 7,500.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,490.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,479.22 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.12 | 7,468.10 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.74 | 7,457.36 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,446.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.07 | 7,435.20 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,424.50 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 7,413.46 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.67 | 7,402.79 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 7,391.78 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.99 | 7,380.79 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,370.79 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 10.70 | 7,360.09 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.96 | 7,349.13 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.58 | 7,338.55 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.91 | 7,327.64 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.54 | 7,317.10 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.88 | 7,306.22 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.86 | 7,295.36 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.50 | 7,284.86 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,274.03 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.47 | 7,263.56 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 7,252.76 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,241.98 |

| | | |
|---|---|---|
| Page Subtotals | 7,500.00 | 258.02 |

LFORM24

Ver: 19.06a

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-31043  -ABG |
| Case Name: | TZIOUFAS, TOM |
| | BOUTSIKAKIS, GEORGIA |
| Taxpayer ID No: | *******7508 |
| For Period Ending: | 08/09/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2382  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/15 | 300002 | Arthur B. Levine Company | Bond premium | 2300-000 | | 7.84 | 7,234.14 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,224.14 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.74 | 7,213.40 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.38 | 7,203.02 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.71 | 7,192.31 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 7,181.96 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.68 | 7,171.28 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.66 | 7,160.62 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.30 | 7,150.32 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.63 | 7,139.69 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.27 | 7,129.42 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.60 | 7,118.82 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.58 | 7,108.24 |
| 02/16/16 | 300003 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 5.06 | 7,103.18 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,093.18 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.55 | 7,082.63 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,072.44 |
| 07/11/16 | 300004 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 1,681.77 | 5,390.67 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          1,500.00 | 2100-000 | | | |
| | | | Expenses        181.77 | 2200-000 | | | |
| 07/11/16 | 300005 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,594.17 | 3,796.50 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 3,445.48 |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2         Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31043 -ABG | |
| Case Name: | TZIOUFAS, TOM | |
| | BOUTSIKAKIS, GEORGIA | |
| Taxpayer ID No: | *******7508 | |
| For Period Ending: | 08/09/16 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2382 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/11/16 | 300006 | JOSEPH E. COHEN, Attorney | Attorney for Trustee Fees (Trustee | 3110-000 | | 797.08 | 2,999.42 |
| | | 105 W Madison | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/11/16 | 300007 | Consumer Credit Union | Claim 000001, Payment 0.94464% | 7100-000 | | 250.43 | 2,748.99 |
| | | Trunkett & Trunkett PC | (1-1) Modified on 10/22/13 to | | | | |
| | | 20 N Wacker Dr #1434 | correct creditor name and address (GB). | | | | |
| | | Chicago, IL 60606 | | | | | |
| 07/11/16 | 300008 | Nordstrom fsb | Claim 000002, Payment 0.94567% | 7100-000 | | 2.90 | 2,746.09 |
| | | P.O. Box 6566 | | | | | |
| | | Englewood, CO 80155 | | | | | |
| 07/11/16 | 300009 | American InfoSource LP as agent for | Claim 000003, Payment 0.94467% | 7100-000 | | 44.88 | 2,701.21 |
| | | Midland Funding LLC | | | | | |
| | | PO Box 268941 | | | | | |
| | | Oklahoma City, OK 73126-8941 | | | | | |
| 07/11/16 | 300010 | Asset Acceptance LLC assignee HOUSEHOLD | Claim 000004, Payment 0.94465% | 7100-000 | | 171.88 | 2,529.33 |
| | | FINANCE | | | | | |
| | | PO Box 2036 | | | | | |
| | | Warren, MI 48090 | | | | | |
| 07/11/16 | 300011 | Asset Acceptance LLC assignee | Claim 000005, Payment 0.94466% | 7100-000 | | 381.66 | 2,147.67 |
| | | GEMB/PROGROUP ABT | | | | | |
| | | PO Box 2036 | | | | | |
| | | Warren, MI 48090 | | | | | |
| 07/11/16 | 300012 | Asset Acceptance LLC assignee BANK OF | Claim 000006, Payment 0.94465% | 7100-000 | | 392.13 | 1,755.54 |
| | | AMERICA | (6-1) 122236411 | | | | |
| | | PO Box 2036 | | | | | |
| | | Warren, MI 48090 | | | | | |
| 07/11/16 | 300013 | Olympic Meat Packers | Claim 000007, Payment 0.94466% | 7100-000 | | 102.22 | 1,653.32 |

Page Subtotals      0.00      2,143.18

Ver: 19.06a

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31043 -ABG | |
| Case Name: | TZIOUFAS, TOM | |
| | BOUTSIKAKIS, GEORGIA | |
| Taxpayer ID No: | *******7508 | |
| For Period Ending: | 08/09/16 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2382  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Teller Leavitt 19 S LaSalle St Ste 701 Chicago, IL 60603 | | | | | |
| 07/11/16 | 300014 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000008, Payment 0.94493% | 7100-000 | | 14.14 | 1,639.18 |
| 07/11/16 | 300015 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000009, Payment 0.94470% | 7100-000 | | 24.87 | 1,614.31 |
| 07/11/16 | 300016 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000010, Payment 0.94453% | 7100-000 | | 28.54 | 1,585.77 |
| 07/11/16 | 300017 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000011, Payment 0.94497% | 7100-000 | | 10.15 | 1,575.62 |
| 07/11/16 | 300018 | U S Foodservice Jay K. Levy & Associate PO Box 1181 Evanston, IL 60201-118 | Claim 000012, Payment 0.94460% (12-1) modified address 11/20/2013-ps | 7100-000 | | 74.56 | 1,501.06 |
| 07/11/16 | 300019 | Campaqna-Turano Bakery, Inc aka Turano Bakinq Co. Jay K. Levy & Associate PO Box 1181 Evanston, IL 60201-118 | Claim 000013, Payment 0.94462% (13-1) MODIFIED ADDRESS 11/20/2013-PS | 7100-000 | | 38.78 | 1,462.28 |
| 07/11/16 | 300020 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000014, Payment 0.94462% (14-1) CREDIT CARD DEBT | 7100-000 | | 140.32 | 1,321.96 |
| 07/11/16 | 300021 | PYOD, LLC its successors and assigns as assignee | Claim 000015, Payment 0.94466% | 7100-000 | | 181.54 | 1,140.42 |

Page Subtotals     0.00     512.90

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-31043  -ABG |
| Case Name: | TZIOUFAS, TOM |
| | BOUTSIKAKIS, GEORGIA |
| Taxpayer ID No: | *******7508 |
| For Period Ending: | 08/09/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2382  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | | | | | |
| 07/11/16 | 300022 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000016, Payment 0.94464% (16-1) CREDIT CARD DEBT | 7100-000 | | 63.22 | 1,077.20 |
| 07/11/16 | 300023 | S & A Pax Incorporated, Nick Lembessls, Athena Lembessls c/o Joel A Schechter 53 West Jackson Blvd, Suite 1522 Chicago, IL 60604 | Claim 000017, Payment 0.94465% (17-1) modified address 1/16/2014-ps | 7100-000 | | 897.42 | 179.78 |
| 07/11/16 | 300024 | Spartan Bros Inc 7140 N Harlem Ave Chicago, IL 60631 | Claim 000018, Payment 0.94464% | 7100-000 | | 65.48 | 114.30 |
| 07/11/16 | 300025 | Midland Credit Management, Inc. as agent for Midland Funding, LLC PO Box 2011 Warren, MI 48090 | Claim 000019, Payment 0.94470% | 7100-000 | | 107.30 | 7.00 |
| 07/11/16 | 300026 | Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, NA Household Bank 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim 000020, Payment 0.94503% (20-1) Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. \ Household Bank (20-1) modified address 1/22/2014-ps | 7100-000 | | 7.00 | 0.00 |

| | | | | | Page Subtotals | 0.00 | 1,140.42 |
|---|---|---|---|---|---|---|---|

Ver: 19.06a

FORM 2                                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 12-31043  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TZIOUFAS, TOM | Bank Name: | ASSOCIATED BANK |
| | BOUTSIKAKIS, GEORGIA | Account Number / CD #: | *******2382  Checking Account |
| Taxpayer ID No: | *******7508 | | |
| For Period Ending: | 08/09/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,500.00 | 7,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,500.00 | 7,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,500.00 | 7,500.00 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - *******2382 | 7,500.00 | 7,500.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 7,500.00 | 7,500.00 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                     0.00                    0.00